IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEIGH A. HARLEY,

    Plaintiff,

vs.                                    Civ. No. 97-868 MV/WWD

STAFFING RESOURCES, INC.,
RESOURCES MFG., and PRO DRIVERS, INC.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter came before the Court upon Defendants' Motion for Protective Order [motion not yet filed, so no docket number available]. The motion sought to prevent the taking of the depositions of Kate Badger, Belinda Hotchkiss, and Fran Scott. The notices of deposition were not served in accordance with the local rules. Plaintiff's counsel did not confer with defense counsel before serving the notices, and the notices did not allow the requisite amount of time between the service of the notice and the scheduled depositions.

**WHEREFORE,**

**IT IS ORDERED** that Defendants' Motion for Protective Order be, and it hereby is, GRANTED.

**IT IS FURTHER ORDERED** that the depositions of Kate Badger and Belinda Hotchkiss on March 26, 1998, and of Fran Scott on March 27, 1998, be, and they hereby are, VACATED.

                                                              UNITED STATES MAGISTRATE JUDGE